◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN A. CAFORIO, Appellant. [614 NYS2d 347] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.—Grand Larceny, 4th Degree.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD DUNN, Appellant. [614 NYS2d 347] —Judgment unanimously affirmed (see, People v John, 186 AD2d 269, lv denied 80 NY2d 1027). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Rape, 2nd Degree.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DENNIS, Appellant. [614 NYS2d 347] —Judgment affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). All concur, Callahan, J., not participating. (Appeal from Judgment of Erie County Court, LaMendola, J. —Sexual Misconduct.) Present—Denman, P. J., Pine, Lawton, Callahan and Davis, JJ.